**STATE of Maine**

v.

**David FILIEO.**

Supreme Judicial Court of Maine.

Submitted on Briefs March 14, 1988.
Decided March 17, 1988.

Janet T. Mills, Dist. Atty., Patricia Reynolds, Asst. Dist. Atty., Auburn, for the State.

David Filieo, pro se.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

David Filieo appeals the judgment of the Superior Court (Androscoggin County) affirming the District Court (Lewiston) judgment that he had violated 22 M.R.S.A. § 2383 (1980) (civil possession of marijuana). Contrary to Filieo's only contention on appeal, we conclude that the motion judge's finding that the police officer had a reasonable and articulable suspicion sufficient to justify an investigatory stop was not clearly erroneous. *See State v. Cyr*, 501 A.2d 1303, 1305–06 (Me.1985); *State v. Chapman*, 495 A.2d 314, 317–18 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.

**Yvette D. INMAN**

v.

**AETNA CASUALTY & SURETY COMPANY.**

Supreme Judicial Court of Maine.

Argued Nov. 2, 1987.
Decided March 18, 1988.

Maurice A. Libner (orally), McTeague, Higbee, Libner, Reitman, Macadam & Case, Brunswick, for plaintiff.

George C. Schelling (orally), Sean F. Fricloth, Gross, Minsky, Mogul & Singal, Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

The plaintiff, Yvette Inman, appeals an order of the Superior Court (Kennebec County), dismissing her declaratory judgment action against the defendant, Aetna Casualty & Surety Company ("Aetna"). The complaint requests the court to determine the extent and application of the defendant's potential workers' compensation lien under 39 M.R.S.A. § 68 (Pamph.1987) on the plaintiff's proposed third-party settlement of a wrongful death case.

The court is evenly divided on the question whether the Superior Court acted within its discretion in declining to provide what it considered to be an advisory opinion in an action that it determined failed to present a real case and controversy.

The entry is:

By an evenly divided court, judgment affirmed.